MARGARET COYNE, Plaintiff, *v.* MARY ANN CECILIA BOWE, Respondent; MARGARET M. CONROY, Appellant, Impleaded, etc.,

*Coyne* v. *Bowe,* 23 App. Div. 261, affirmed.
(Argued December 4, 1899; decided January 9, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January ·7, 1898, upon an order affirming a judgment entered upon a decision of the court on trial at Special Term.

*Charles S. Haight* for appellant.

*Sidney H. Stuart* for respondent.

Judgment and order affirmed, with costs; no opinion.
All concur.

---

ADELINE S. MATTHEWS, Appellant, *v.* EDWIN B. STUDLEY and CHARLES P. STURTEVANT, as Executors of ALBERT P. STURTEVANT, Deceased, et al., Respondents.

*Matthews* v. *Studley,* 17 App. Div. 303, affirmed.
(Argued December 5, 1899; decided January 9, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 12, 1897, affirming a judgment entered upon a decision of the court on trial at Special Term.

*Benjamin Yates* for appellant.

*Schuyler C. Carlton* for guardian ad litem of Ethel Shew.

*Bronson Winthrop, Albert Sprague Bard* and *Edward S. Clinch* for respondents.

Judgment affirmed, with costs to the respondents against the appellants, on the opinion below.
All concur, except PARKER, Ch. J., not sitting.